NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LTI FLEXIBLE PRODUCTS, INC., dba Boyd Corp.,**
*Appellant*

v.

**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,**
*Appellee*

———————————

2023-1637

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01189.

———————————

### O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

August 3, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 3, 2023